# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-14073-CR-Martinez/Maynard

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 924(a)(2)**

UNITED STATES OF AMERICA

v.

**JEAN MICHEL FILS-AMIE, JR.,**

Defendant.
_____/

FILED BY KJZ
Dec 6, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 21, 2018, in St. Lucie County, in the Southern District of Florida, the defendant,

**JEAN MICHEL FILS-AMIE, JR.,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, one Mossberg model 500A 12-gauge shotgun, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about September 27, 2018, in St. Lucie County, in the Southern District of Florida, the defendant,

**JEAN MICHEL FILS-AMIE, JR.,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and one or more rounds of ammunition, to wit, one Remington, model RM380, .380 caliber pistol, and .380 caliber and 12-gauge ammunition, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

Upon conviction of the violation alleged in Count 1 of this Indictment, the defendant **JEAN MICHEL FILS-AMIE, JR.** shall forfeit to the United States any firearm or ammunition involved in or used in said violation, including, but not limited to, the following:

(a) One (1) Mossberg model 500A, 12-gauge shotgun, bearing serial number L975517.

Pursuant to Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c), and the procedures set forth at Title 21, United States Code, Section 853.

Upon conviction of the violation alleged in Count 2 of this Indictment, the defendant **JEAN MICHEL FILS-AMIE, JR.** shall forfeit to the United States any firearm or ammunition involved in or used in said violation, including, but not limited to, the following:

(a) One (1) Remington, model RM380, .380 caliber pistol, bearing serial# RM045402C;
(b) Approximately six (6) rounds of assorted .380 caliber ammunition with

(c)     magazine; and

(c)     Approximately seventy-five (75) rounds of assorted 12-gauge ammunition.

Pursuant to Title 18, United States Code, Section 924(d)(l), as made applicable by Title 28, United States Code, Section 2461(c), and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL.

_____
FOREPERSON

*Stephen Carlton for*
_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
CARMEN M. LINEBERGER
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JEAN MICHEL FILS-AMIE, Jr.,

                   **Defendant.**

CASE NO. **18-14073-CR-MARTINEZ/MAYNARD**

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | |
|---|---|
| New defendant(s) | Yes ____ No ____ |
| Number of new defendants | ____ |
| Total number of counts | ____ |

**Court Division**: (Select One)
- ___ Miami
- ___ FTL
- ___ Key West
- ___ WPB
- ✓ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  No
   List language and/or dialect  _____

4. This case will take **3-5** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days      ✓
   - II   6 to 10 days    ___
   - III  11 to 20 days   ___
   - IV   21 to 60 days   ___
   - V    61 days and over ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.  ___
   - Felony   ✓

6. Has this case previously been filed in this District Court?  (Yes or No)  No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___  No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___  No ✓

                                    _/s/ Carmen M. Lineberger_
                                      CARMEN M. LINEBERGER
                                      ASSISTANT UNITED STATES ATTORNEY
                                      COURT ID No.: A5501180

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO. 18-14073-CR- MARTINEZ/MAYNARD

Defendant's Name: JEAN MICHEL FILS-AMIE, JR.

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1, 2 | Possession of a firearm and ammunition by a convicted felon | 18: 922(g)(1) & 924(a)(2) | 10 Years' Imprisonment<br>$250,000 Fine<br>SR: 3 Years<br>$100 Special Assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-14073-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

v.

JEAN MICHEL FILS-AMIE, Jr.,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No


        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

BY: /s/ Stephen Carlton for
        CARMEN M. LINEBERGER
        ASSISTANT UNITED STATES ATTORNEY
        District Court No. A5501180
        101 South U.S. Highway 1, Suite 3100
        Fort Pierce, Florida 34950
        Tel:    (772) 466-0899
        Fax:   (772) 466-1020
        Email: Carmen.Lineberger@usdoj.gov