UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-14073-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JEAN MICHEL FILS-AMIE, JR.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Shaniek M. Maynard on March 16, 2021 [DE: 22]. A Report and Recommendation was filed on March 29, 2021, [DE: 32], recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 32] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty to Count One of the Superseding Information, which charge him with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1). The Defendant acknowledged that he understood the charge against him and the penalties that could be imposed in this case.

The Government agreed to seek dismissal of Count Two of the Superseding Information after sentencing.

Sentencing in this matter is set on **Tuesday, June 22, 2021 at 11:30 a.m.,** at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Room #1016, Ft. Pierce, Florida 34950.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13 day of April, 2021.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office